UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.L. ENTERPRISES, INC.,

                        Plaintiff,

-v-                                                  CIVIL ACTION NO.: 23 Civ. 7398 (LGS) (SLC)

**ORDER**

ELECTRIC EEL, INC.,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 21). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday, November 6, 2023 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
              October 16, 2023

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**