UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
A.L. ENTERPRISES, INC.,                                     :
                                  Plaintiff,                :
                                                            :    23 Civ. 7398 (LGS)
             -against-                                      :
                                                            :            ORDER
ELECTRIC EEL, INC.,                                         :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on October 25, 2023.  For the reasons discussed at the conference, it is hereby

**ORDERED** that Plaintiff shall amend its Complaint by **November 21, 2023**.  It is further

**ORDERED** that the parties shall file a joint letter by **November 8, 2023**, with an update on the status of settlement discussions and whether the parties request a stay of discovery.

Dated:  October 25, 2023
        New York, New York

                                                  _____
                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**