UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.L. ENTERPRISES, INC.,

                              Plaintiff,

        -v-                                                CIVIL ACTION NO.: 23 Civ. 7398 (LGS) (SLC)

                                                                        **ORDER**
ELECTRIC EEL, INC.,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        In light of the parties' Stipulation of Dismissal (ECF No. 47), the telephone conference

scheduled for May 24, 2024 (ECF No. 46) is CANCELLED.

Dated:        New York, New York
              May 22, 2024

                                        SO ORDERED.

                                        _____

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**